IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES PISANO** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **NATIONWIDE MUTUAL FIRE** | : | |
| **INSURANCE COMPANY** | : | NO. 08-2524 |

FILED
OCT 21 2009
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 21st day of October, 2009, upon consideration of Defendant Nationwide Mutual Fire Insurance Company's Motion for Summary Judgment, the response filed in opposition, the reply briefs thereto and after argument, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**. Plaintiff's claim for basement damages under Count I, and Plaintiff's bad faith claim, Count II, are dismissed.

BY THE COURT:

_____
Mitchell S. Goldberg, J.